Thomas H. Casey - Bar No. 138264
LAW OFFICE OF THOMAS H. CASEY, INC.,
A PROFESSIONAL CORPORATION
26400 La Alameda, Suite 210
Mission Viejo, CA 92691
Telephone:    (949) 766-8787
Facsimile:    (949) 766-9896
Email:    TomCasey@tomcaseylaw.com

Attorney for A. Cisneros,
Chapter 7 Bankruptcy Trustee

**FILED & ENTERED**

**AUG 12 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

In re:

HK LANE PALM DESERT, INC.,

Debtor.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 6:24-bk-13474-SY

Chapter 7

**ORDER GRANTING CHAPTER 7
TRUSTEE'S MOTION FOR AN ORDER
AUTHORIZING A BANKRUPTCY RULE
2004 EXAMINATION OF PERSON MOST
KNOWLEDGEABLE OF WRE SOCAL,
INC. dba WINDERMERE DESERT
PROPERTIES; AND FOR PRODUCTION
OF DOCUMENTS UNDER
BANKRUPTCY RULE 9016**

Document Production Date:
Date: August 27, 2025

Rule 2004 Examination:
Date:  September 3, 2025
Time: 10:00 a.m.

The court having considered the Chapter 7 Trustee's Motion for an Order Authorizing a
Bankruptcy Rule 2004 Examination of Person Most Knowledgeable of WRE SoCal, Inc. dba
Windermere Desert Properties; and for Production of Documents Pursuant to Bankruptcy Rule
9016 ("Motion") [Docket no. 31] filed on August 5, 2025, and proper service having been made,
and good cause having been shown,

///

///

**IT IS HEREBY ORDERED** that the Motion is granted as follows:

1. The person most knowledgeable of Windermere Desert Properties ("Windermere") shall produce the documents set forth in the Motion to The Law Office of Thomas H. Casey on or before August 27, 2025 via email to tomcasey@tomcaseylaw.com with a copy to paralegal Marissa Silva at msilva@tomcaseylaw.com or, if rescheduled for a later date, upon five days' written notice; and

2. The person most knowledgeable of Windermere shall appear via Zoom and testify on September 3, 2025 at 10:00 a.m. or, if rescheduled for a later date, upon five days' written notice.

###

Date: August 12, 2025

_____

Scott H. Yun
United States Bankruptcy Judge

1